WANAMAKER, Respondent, v. HEBBLETHWAITE, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by John Wanamaker against Frank H. Hebblethwaite. No opinion. Motion to dismiss appeal granted, with $10 costs.

WANAMAKER et al., Respondents, v. MEGRAW, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by John Wanamaker and others against Robert H. Megraw. L. Lally, for appellant. L. Frankel, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WASINSKI v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by William Wasinski against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

WATERS et al. v. GAZZAM. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by George S. Waters and Harold B. Sherwin, doing business as copartners, etc., against Anna R. Gazzam. No opinion. Judgment affirmed, without costs.

WATSON, Respondent, v. WATSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1903.) Action by John H. Watson against Elsie M. Watson. No opinion. Judgment and order affirmed, with costs.

W. C. LOFTUS & CO., Respondent, v. BENNETT, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by W. C. Loftus & Co. against James G. Bennett. R. W. Candler, for appellant. D. McClure, for respondent. No opinion. Judgment and order affirmed, with costs.

WEBER, Appellant, v. LEVY, Respondent. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) Action by Frank Weber against Morris Levy. No opinion. Order affirmed, with $10 costs and disbursements.

WENDT et al., Respondents, v. NORTHERN ELECTRICAL MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by William F. Wendt and another against the Northern Electrical Manufacturing Company. No opinion. Judgment affirmed, with costs.

WERNER, Respondent, v. HEARST, Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Edgar S. Werner against William R. Hearst. No opinion. Motion denied.

WESTERVELT, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Susan Westervelt, as administratrix, etc., against New York Central & Hudson River Railroad Company. No opinion. Motion denied.

WHALEY, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by Nettie M. Whaley against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.

WHEELER, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Ezra N. Wheeler against the city of Syracuse.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to answer upon payment of the costs of the demurrer and of this appeal.

STOVER, J., not voting.

WHITE, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by Perry A. White, an infant, etc., against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and of fact. Held, that the finding of the jury that the plaintiff did not know of the danger involved in the use of the saw without the guard is against the weight of the evidence.

WHITEHALL LUMBER CO., Limited, Appellant, v. NICHOLS, Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by the Whitehall Lumber Company, Limited, against James E. Nichols, as trustee, etc. No opinion. Judgment unanimously affirmed, with costs.

WHITSON, Appellant, v. MAYOR, ETC., OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Fannie Whitson, as administratrix, against the mayor, etc., of New York. H. W. Unger, for appellant. C. Mellen, for respondent. No opinion. Judgment affirmed, with costs.

WILEY, Respondent, v. McCABE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by Rosella Wiley against Hugh McCabe. No opinion. Judgment and order affirmed, with costs.